NO. 07-07-0395-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 10, 2007
_____

IN THE INTEREST OF W.L.D.W., A CHILD
_____

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 95-550,311; HON. DRUE FARMER, PRESIDING

_____

*Order of Dismissal*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Preston Jerome White attempts to appeal from temporary orders entered in a suit affecting the parent-child relationship. We dismiss the appeal for lack of jurisdiction.

The record before us reveals that the Texas Department of Family and Protective Services filed a petition seeking appointment as temporary managing conservator of W.L.D.W., a minor child. On August 22, 2007, the trial court entered temporary orders and set the next hearing in the matter for October 10, 2007. It is from this order that White appeals.

Pursuant to section 105.001(e) of the Texas Family Code, the appeal is interlocutory and cannot be appealed. TEX. FAM CODE ANN. 105.001(e) (Vernon Supp. 2006); *See In the Interest of N.J.G.*, 980 S.W.2d 764, 767 (Tex. App.–San Antonio 1998, no pet.).

Accordingly, without considering or addressing the issue of whether White timely filed his notice of appeal, we dismiss the appeal for lack of jurisdiction. TEX. R. APP. P. 42.3, 43.2(f).


Brian Quinn
Chief Justice